**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Hobert Cecil Yount, Jr., | ) | CASE NO. 5:25-CV-00637-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Orrvilon, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Hannah J. Kraus of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP hereby enters her appearance as additional counsel on behalf of Defendants Orrvilon, Inc. and Holtec International in the above-captioned lawsuit. Please serve all pleadings, papers, and orders in this case on the undersigned additional counsel for Defendants.

    Respectfully submitted,

*/s/ Hannah J. Kraus*
YELENA G. KATZ (0092130)
MEGGAN A. LOUDEN (0074215)
HANNAH J. KRAUS (0101557)
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: ykatz@beneschlaw.com
      mlouden@beneschlaw.com
      hkraus@beneschlaw.com

*Attorneys for Defendants Orrvilon, Inc. and Holtec International*

27616623 v1

## CERTIFICATE OF SERVICE

    The foregoing Notice of Appearance was electronically filed this 8th day of October 2025. Notice of this filing will be sent to all parties of record. Parties may access this filing through the Court's ECF system.

    */s/ Hannah J. Kraus*
HANNAH J. KRAUS (0101557)

*One of the Attorneys for Defendants Orrvilon, Inc. and Holtec International*