**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Hobert Cecil Yount, Jr., | ) CASE NO. 5:25-CV-00637-JRA |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| vs. | ) **FIRST JOINT STATUS REPORT** |
| Orrvilon, Inc., et al., | ) |
| Defendants. | ) |

Plaintiff Hobert Cecil Yount, Jr. ("Plaintiff") and Defendants Orrvilon, Inc. and Holtec International ("Defendants") (together with Plaintiff, the "Parties"), hereby state as follows for their Joint Status Report, pursuant to the Court's Case Management Plan Order (ECF No. 17):

1. Plaintiff provided a list of his medical providers to Defendants and Defendants requested and received medical records;

2. On September 16, 2025, Defendant Orrvilon, Inc. served its First Set of Requests for Production and Interrogatories on Plaintiff;

3. On October 7, 2025, Defendants provided notice to Plaintiff of the subpoenas to be issued to Plaintiff's employers post his employment with Defendant Orrvilon, Inc.;

4. No settlement discussions that have occurred during the reporting period;

5. The parties are working to schedule Plaintiff's deposition;

6. At this time, there are no discovery disputes that require the Court's attention; and

7. The Parties will be filing a Joint Motion for Entry of Stipulated Protective Order and FRE 502(d) Clawback Order simultaneously with this Joint Status Report.

Dated: October 9, 2025

| | |
|---|---|
| */s/ Jamie V. Parker* | */s/Yelena G. Katz* |
| JAMIE V. PARKER (0098317) | YELENA G. KATZ (0092130) |
| **RODERICK, LINTON, BELFANCE, LLP** | MEGGAN A. LOUDEN (0074215) |
| 50 S. Main Street, 10th Floor | HANNAH J. KRAUS (0101557) |
| Akron, OH 44308 | **BENESCH, FRIEDLANDER,** |
| Telephone: 330.434.3000 | **COPLAN & ARONOFF LLP** |
| Facsimile: 330.434.9220 | 127 Public Square, Suite 4900 |
| Email: jparker@rlbllp.com | Cleveland, Ohio 44114 |
| | Telephone: 216.363.4500 |
| *Attorney for Plaintiff Hobert Cecil Yount, Jr.* | Facsimile: 216.363.4588 |
| | Email: ykatz@beneschlaw.com |
| | mlouden@beneschlaw.com |
| | hkraus@beneschlaw.com |
| | |
| | *Attorneys for Defendants Orrvilon, Inc. and Holtec International* |

**CERTIFICATE OF SERVICE**

  The foregoing Notice of Appearance was electronically filed this 9th day of October 2025. Notice of this filing will be sent to all parties of record. Parties may access this filing through the Court's ECF system.

                  */s/ Yelena G. Katz*
                  YELENA G. KATZ
                  *One of the Attorneys for Defendants Orrvilon, Inc.*
                  *and Holtec International*