# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HOBERT CECIL YOUNT, JR., | ) CASE NO. 5:25-CV-637 |
| | ) |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| | ) |
| vs. | ) |
| | ) **NOTICE OF SUBSTITUTION OF** |
| ORRVILON, INC. et. al., | ) **COUNSEL** |
| | ) |
| Defendants. | ) |

Please take notice that Chad J. Smith of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, 41 S. High Street, Suite 2600, Columbus, Ohio 43215, enters his appearance as co-counsel for Defendants, substituting for and replacing Attorney Hannah J. Kraus. All pleadings, orders, and correspondence regarding this matter should be directed to Mr. Smith's attention and continue to be directed to all other attorneys of record.

Respectfully submitted,

*/s/ Chad J. Smith*
YELENA G. KATZ (0092130)
MEGGAN A. LOUDEN (0074215)
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:   216.363.4588
Email: ykatz@beneschlaw.com
           mlouden@beneschlaw.com

                                            CHAD J. SMITH (0099589)
                                            **BENESCH, FRIEDLANDER,**
                                               **COPLAN & ARONOFF LLP**
                                          41 S. High Street, Suite 2600
                                          Columbus, Ohio 43215
                                          Telephone:  614.223.9300
                                          Facsimile:   614.223.9330
                                          Email: cjsmith@beneschlaw.com

## **CERTIFICATE OF SERVICE**

The foregoing Notice of Substitution of Counsel of Chad J. Smith was served upon Plaintiff's counsel via the Court's ECF system on the 21st day of October, 2025.

*s/ Chad J. Smith*
CHAD J. SMITH (0099589)

*One of the Attorneys for Defendant Orrvilon, Inc.*
